UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
MAR 27 2015
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CASE NO. 15CR00367-001-GT |
| v. | O R D E R |
| Juan Manuel Lopez-Medina | |
| Defendant. | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for May 18, 2015 is vacated and reset to August 3, 2015 at 9:30.

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 3-25-15

Gordon Thompson
Senior U.S. District Judge

cc: all counsel of record